IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation, | ) ) ) | CIVIL 06-00290DAE-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| EUGENE NIBLETT, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 31, 2007 and served on all parties on June 4, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings of Fact, Conclusions of Law and Recommendation regarding Plaintiff's Motion for Entry of Default Judgment by the Court," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, HI, June 29, 2007.



David Alan Ezra
United States District Judge